IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01566-MSK-KLM

JEREMY MANNING,

    Plaintiff(s),

v.

NCO FINANCIAL SYSTEMS, INC.,
a Pennsylvania corporation,

    Defendant(s).

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter comes before the Court on the Parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 11; filed October 16, 2007] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filling and is entered as an Order of this Court as of the date of this Minute Order.

Dated:    October 16, 2007